UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

COMPASS INTERNATIONAL ASSOC. LTD., :

               Plaintiff, :

     - against - :

AMBEV a.k.a. AMERICAN BEVERAGE :
CORPORATION,
                :

               Defendant.
----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: March 17, 2008
       New York, NY

                                           The Plaintiff,
                                           COMPASS INTERNATIONAL ASSN. LTD.,

                                        By: _____
                                           Lauren C. Davies (LD 1980)
                                           Thomas L. Tisdale (TT 5263)
                                           TISDALE LAW OFFICES, LLC
                                           11 West 42nd Street, Suite 900
                                           New York, NY 10036
                                           (212) 354-0025 (Phone)
                                           (212) 869-0067 (Fax)
                                           ldavies@tisdale-law.com
                                           ttisdale@tisdale-law.com